IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Richard B. Wahoski, Sr., | ) Case No. 21-20078 CMB |
| Stacey L. Wahoski | ) Chapter 13 |
|    Debtors | ) |
| | ) Related to Document No. 38 - 39 |
| | ) Hearing Date and Time: |
| Richard B. Wahoski, Sr., | ) June 8, 2021 at 1:30 PM |
| Stacey L. Wahoski | ) |
|    Movants | ) |
| | ) |
| Vs. | ) |
| | ) |
| Pinnacle Credit Services, LLC, | ) |

## CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 6

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 6 filed on April 19, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 6 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 6 were to be filed and served no later than May 19, 2021.

It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 6 be entered by the Court.

Respectfully submitted,

May 24, 2021
Date:

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
2830 Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 34965
ken.steidl@steidl-steinberg.com