IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.  21-20078 CMB |
| | ) | Chapter 13 |
| Richard B. Wahoski, Sr., | ) | |
| Stacey L. Wahoski, | ) | |
|    *Debtors* | ) | Related to Docket No. 44 |
| | ) | |
| Richard B. Wahoski, Sr., | ) | |
| Stacey L. Wahoski, | ) | |
|    *Movants* | ) | Related to Claim No. 6 |
| | ) | |
| vs. | ) | |
| | ) | |
| Pinnacle Credit Services, LLC, | ) | |
|    *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 26, 2021, a true and correct copy of the *Order of Court dated May 25, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Pinnacle Credit Services, LLC
c/o Resurgent Capital Services
Attn: William Andrews, Claims Processor
Po Box 10587
Greenville, SC 29603-0587

Richard & Stacey Wahoski
751 Forbes Trail Rd.
Greensburg, PA 15601

**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee

Date of Service: May 26 2021

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965