IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 21-20078 CMB |
| ) | Chapter: 13 |
| Richard B. Wahoski, Sr. ) | |
| Stacey L. Wahoski, ) | |
| *Debtors* ) | Docket No. |
| ) | |
| Stacey L. Wahoski, ) | |
| *Movant* ) | |
| ) | |
| VS. ) | |
| ) | |
| Ally Bank, Capital One Bank, Cenlar Mortgage, Midland Credit ) | |
| Management, New Rez LLC, PA Dept. of Revenue, Peoples ) | |
| Natural Gas, Pinnacle Credit Services, LLC, Portfolio Recovery ) | |
| Associates, LLC, UPMC Physician Services, Unifund CCR, ) | |
| LLC, Office of the US Trustee, and Ronda J. Winnecour, Trustee,) | |
| *Respondents* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on September 9, 2021, I caused to be served a true and correct copy of the Notice of Zoom Hearing with Response date, *with a copy of the Motion to Sell Real Estate Free and Clear of Liens,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

United States of America
C/o US Attorneys Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Vince Taglieri, Realtor for Buyer
3865 Reed Blvd.
Murrysville, PA 15668-1875

September 9, 2021
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No.  34965

```
Label Matrix for local noticing      Ally Bank                              Capital One Bank
0315-2                               c/o McCabe, Weisberg & Conway, LLC     c/o Hayt Hayt & Landau
Case 21-20078-CMB                    Suite 1400                             2 Industrial Way West
WESTERN DISTRICT OF PENNSYLVANIA     123 South Broad Street                 Po Box 500
Pittsburgh                           Philadelphia, PA 19109-1060            Eatontown, NJ 07724-0500
Tue Sep  7 09:52:28 EDT 2021

Cenlar Mortgage                      Cenlar, FSB                            Midland Credit Management, Inc.
c/o Ally Financial                   Attention: BK Department               PO Box 2037
Po Box 11733                         425 Phillips Blvd.                     Warren, MI 48090-2037
Newark, NJ 07101-4733                Ewing, NJ 08618-1430


Maria Miksich                        Lauren Moyer                           New Rez LLC
KML Law Group, P.C.                  McCabe, Weisberg & Conway              c/o Shellpoint Mortgage
701 Market Street                    123 S. Broad St.                       Po Box 740039
Suite 5000                           Suite 1400                             Cincinnati, OH 45274-0039
Philadelphia, PA 19106-1541          Philadelphia, PA 19109-1060


NewRez LLC DBA Shellpoint Mortgage Servicing   Office of the United States Trustee   Pennsylvania Department of Revenue
PO Box 10826                         Liberty Center.                        Bankruptcy Division
Greenville, SC 29603-0826            1001 Liberty Avenue, Suite 970         P.O. Box 280946
                                     Pittsburgh, PA 15222-3721              Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue        Peoples Natural Gas Company LLC        Pinnacle Credit Services, LLC
Department 280946                    GRB Law                                Resurgent Capital Services
P.O. Box 280946                      Frick Building                         PO Box 10587
ATTN: BANKRUPTCY DIVISION            437 Grant Street, 14th Floor           Greenville, SC 29603-0587
Harrisburg, PA 17128-0946            Pittsburgh, PA 15219-6101


(p)PORTFOLIO RECOVERY ASSOCIATES LLC Kenneth Steidl                         UPMC Physician Services
PO BOX 41067                         Steidl & Steinberg                     PO Box 1123
NORFOLK VA 23541-1067                Suite 2830 Gulf Tower                  Minneapolis, MN 55440-1123
                                     707 Grant Street
                                     Pittsburgh, PA 15219-1908


Unifund CCR LLC                      Richard B. Wahoski Sr.                 Stacey L. Wahoski
c/o Demetrios Tsarouhis, Esq.        751 Forbes Trail Rd.                   751 Forbes Trail Rd.
21 South 9th St.                     Greensburg, PA 15601-6547              Greensburg, PA 15601-6547
Allentown, PA 18102-4861


S. James Wallace                     Ronda J. Winnecour
GRB Law                              Suite 3250, USX Tower
Frick Building, 437 Grant Street     600 Grant Street
14th Floor                           Pittsburgh, PA 15219-2702
Pittsburgh, PA 15219
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Portfolio Recovery Associates        (d)Portfolio Recovery Associates, LLC
c/o Carrie Brown, Esq.               POB 41067
140 Corporate Blvd                   Norfolk VA 23541
Norfolk, VA 23502
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Bank

(u)NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVI

(d)Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, Pa.  17128-0946

**End of Label Matrix**
**Mailable recipients**    22
**Bypassed recipients**     3
**Total**                  25