UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 21-20078 CMB |
| | Chapter: 13 |
| Richard B. Wahoski, Sr. | |
| Stacey L. Wahoski, | |
| *Debtors* | Related to: Document No. 49 |
| | |
| Stacey L. Wahoski, | |
| *Movant* | |
| | |
| VS. | |
| | |
| Ally Bank, Capital One Bank, Cenlar Mortgage, Midland Credit Management, New Rez LLC, PA Dept. of Revenue, Peoples Natural Gas, Pinnacle Credit Services, LLC, Portfolio Recovery Associates, LLC, UPMC Physician Services, Unifund CCR, LLC, Office of the US Trustee, and Ronda J. Winnecour, Trustee, | |
| *Respondents* | |

**CONSENT ORDER OF COURT TO WAIVE SALE ADVERTISING REQUIREMENT**

AND NOW, to wit, this __29th__ day of __September__, 2021, it is hereby ORDERED, ADJUDGED, and DECREED that:

1) W.PA.LBR 6004-2 (a) allows for the sale of property in a chapter 13 case without meeting the publication requirement found in W.PA.LBR 6004-1 when the funds received by the trustee from the sale of real property are enough to pay one hundred percent (100%) of the amount owed to creditors with allowed claims;

2) W.PA.LBR 6004-2 (a) requires a stipulation between the Debtor and the Chapter 13 Trustee regarding the lack of necessity for the advertising of said sale.

3) The offer for the purchase of the property located at 507 Sells Lane, Greensburg, PA 15601 with parcel number 50-21-08-0-036, is believed to be enough to pay the closing costs, liens, debtors' exemption(s), and 100% to the timely filed unsecured creditors, and therefore, advertising in the general circulation paper and the county legal journal is not necessary. The sale has been uploaded to the EASI website.

4) The proceeds, after Trustee's fees will first be used to pay priority and non-priority unsecured creditors with the remaining balance to be used for general plan funding.

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Owen Katz | /s/ Kenneth Steidl | FILED |
| Owen Katz, Esquire | Kenneth Steidl, Esquire | 9/29/21 11:24 am |
| Office of the Ch. 13 Trustee | Attorney for the Debtors | CLERK |
| | | U.S. BANKRUPTCY |
| | | COURT - WDPA |

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-20078-CMB
Richard B. Wahoski, Sr.     Chapter 13
Stacey L. Wahoski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 2
Date Rcvd: Sep 29, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard B. Wahoski, Sr., Stacey L. Wahoski, 751 Forbes Trail Rd., Greensburg, PA 15601-6547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2021 at the address(es) listed below:

**Name**     **Email Address**

Kenneth Steidl
    on behalf of Joint Debtor Stacey L. Wahoski julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Richard B. Wahoski Sr. julie.steidl@steidl-steinberg.com,
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren Moyer
    on behalf of Creditor Ally Bank ecfmail@ecf.courtdrive.com

Maria Miksich
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mmiksich@kmllawgroup.com

District/off: 0315-2 | User: gamr | Page 2 of 2
Date Rcvd: Sep 29, 2021 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7