# PROCEEDING MEMO

**Date: 10/13/2021 02:30 pm**

In re:  Richard B. Wahoski, Sr.
Stacey L. Wahoski

                                      Bankruptcy No. 21-20078-CMB
                                      Chapter: 13
                                      Doc. # 49

**Appearances: Owen Katz, Abagale Steidl**

**Nature of Proceeding: #49 Motion To Sell Real Estate Free and Clear of Liens**

**Additional Pleadings: #53 Settlement and Certification of Counsel Regarding Consent Order of Court To Waive Sale Advertising Requirement**
                     **#54 Certificate of No Objection**
                     **#55 Consent Order of Court Signed 09/27/2021 To Waive Sale Advertising Requirement**

**Judge's Notes:**
-Parties indicated there is an issue with the valuation of the real estate. Requested continuance to solve the issue.
OUTCOME: Continued to 10/27 at 2:30 pm.

                                                Carlota Böhm
                                              Chief U.S. Bankruptcy Judge

                FILED
                10/14/21 8:54 am
                CLERK
                U.S. BANKRUPTCY
                COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 21-20078-CMB
Richard B. Wahoski, Sr.  Chapter 13
Stacey L. Wahoski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: dsaw  Page 1 of 2
Date Rcvd: Oct 14, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Richard B. Wahoski, Sr., Stacey L. Wahoski, 751 Forbes Trail Rd., Greensburg, PA 15601-6547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kenneth Steidl | on behalf of Joint Debtor Stacey L. Wahoski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Richard B. Wahoski Sr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren Moyer | on behalf of Creditor Ally Bank ecfmail@ecf.courtdrive.com |
| Maria Miksich | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mmiksich@kmllawgroup.com |

District/off: 0315-2 User: dsaw Page 2 of 2
Date Rcvd: Oct 14, 2021 Form ID: pdf900 Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7