**PROCEEDING MEMO**

**Date: 10/27/2021 02:30 pm**

**In re:    Richard B. Wahoski, Sr.
Stacey L. Wahoski**

**Bankruptcy No. 21-20078-CMB
Chapter: 13
Doc. # 49**

**Appearances: Owen Katz, Julie Steidl**

**Nature of Proceeding: #49 Continued Motion to Sell Real Estate Free and Clear of Liens**

**Additional Pleadings: #53 Settlement and Certificate of Counsel Regarding Consent Order of Court To Waive Sale Advertising Requirement**
**#54 Certificate of No Objection**
**#55 Consent Order of Court Signed 09/27/2021 To Waive Sale Advertising Requirement**
**#57 Proceeding Memo from 10/13/2021 Hearing - Continued to 10/27/2021 at 2:30 p.m.**
**#61 Revised Order Confirming Chapter 13 Sale of Property Free and Divested of Liens**

**Judge's Notes:**
-Steidl: Original offer is $112,000 from Kristen Beard and Richard Beard. Property is being sold in accordance with *In re Abbotts Dairies*. Sale was advertised. Notice was proper. Have not received any objections or other offers.
OUTCOME:
-There were no objections to the sale. There were no other interested buyers present and no higher or better offers.
-Court finds Kristen Beard and Richard Beard to be good-faith purchasers. Sale complies with the standards set forth in *In re Abbotts Dairies*. Sale is confirmed. Order will be entered.
-Addendum will be filed by Attorney Steidl.

**Carlota Böhm
Chief U.S. Bankruptcy Judge**

FILED
10/28/21 7:24 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA