IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-20078 CMB |
| | ) | Chapter: 13 |
| Richard B. Wahoski, Sr. | ) | |
| Stacey L. Wahoski, | ) | |
| *Debtors* | ) | Docket No. |
| | ) | |
| Stacey L. Wahoski, | ) | |
| *Movant* | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| Ally Bank, Capital One Bank, Cenlar Mortgage, Midland Credit | ) | |
| Management, New Rez LLC, PA Dept. of Revenue, Peoples | ) | |
| Natural Gas, Pinnacle Credit Services, LLC, Portfolio Recovery | ) | |
| Associates, LLC, UPMC Physician Services, Unifund CCR, | ) | |
| LLC, Office of the US Trustee, and Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 1, 2021, I caused to be served a true and correct copy of the *Order of Court dated October 28, 2021,* U. S. First Class Mail, postage prepaid, upon the following persons and parties:

ALL PARTIES LISTED ON THE ATTACHED MAILING MATRIX

United States of America
C/o US Attorneys Office
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219

Vince Taglieri, Realtor for Buyer
3865 Reed Blvd.
Murrysville, PA 15668-1875

<u>November 1, 2021</u>
DATE

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I. D. No.  34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 21-20078-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Mon Nov  1 11:51:30 EDT 2021 | Ally Bank<br>c/o McCabe, Weisberg & Conway, LLC<br>Suite 1400<br>123 South Broad Street<br>Philadelphia, PA 19109-1060 | Capital One Bank<br>c/o Hayt Hayt & Landau<br>2 Industrial Way West<br>Po Box 500<br>Eatontown, NJ 07724-0500 |
| Cenlar Mortgage<br>c/o Ally Financial<br>Po Box 11733<br>Newark, NJ 07101-4733 | Cenlar, FSB<br>Attention: BK Department<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Maria Miksich<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Lauren Moyer<br>McCabe, Weisberg & Conway<br>123 S. Broad St.<br>Suite 1400<br>Philadelphia, PA 19109-1060 | New Rez LLC<br>c/o Shellpoint Mortgage<br>Po Box 740039<br>Cincinnati, OH 45274-0039 |
| NewRez LLC DBA Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>GRB Law<br>Frick Building<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 | Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Unifund CCR LLC<br>c/o Demetrios Tsarouhis, Esq.<br>21 South 9th St.<br>Allentown, PA 18102-4861 | Richard B. Wahoski Sr.<br>751 Forbes Trail Rd.<br>Greensburg, PA 15601-6547 | Stacey L. Wahoski<br>751 Forbes Trail Rd.<br>Greensburg, PA 15601-6547 |
| S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Charles Griffin Wohlrab<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates<br>c/o Carrie Brown, Esq.<br>140 Corporate Blvd<br>Norfolk, VA 23502 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Bank        (u)NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVI        (d)Pennsylvania Department of Revenue
                                                                        Bankruptcy Division PO Box 280946
                                                                        Harrisburg, Pa.  17128-0946

End of Label Matrix
Mailable recipients    23
Bypassed recipients     3
Total                  26