IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Richard B. Wahoski, Sr. | : | Case No. 21-20078-CMB |
| Stacey L. Wahoski | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | |
| Movant(s) | : | Related to Document 64 |
| | : | |
| vs. | : | Hearing Date: |
| | : | |
| Richard B. Wahoski, Sr., Stacey L. | : | |
| Wahoski, Kristen Beard and Richard | : | |
| Beard | : | |
| Respondent(s) | : | |

<u>NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION
FOR AN ORDER OF COURT CONFIRMING DISTRIBUTION OF SALE PROCEEDS</u>

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than February 7, 2023, (i.e., twenty (20) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1.  If you fail to timely file and serve a written response, an order granting relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify it a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A Zoom Video Conference Hearing will be held on February 23, 2023, at 1:30 p.m. before Judge Carlota M. Böhm via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328.  All attorneys and Parties may only appear by Zoom and must comply with Judge Böhm's Zoom Procedures, which can be found on the Court's website at http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. The general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements.  Only

ten minutes is being provided on the calendar. No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.


Date of Service: 1-18-2023            /s/ Owen W. Katz
                                      Owen W. Katz, PA I.D. 36473
                                      Attorney for Chapter 13 Trustee
                                      US Steel Tower, Suite 3250
                                      600 Grant Street
                                      Pittsburgh, PA  15219
                                      (412) 471-5566
                                      Email: okatz@chapter13trusteewdpa.com