IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Richard B. Wahoski, Sr. | : | Case No. 21-20078-CMB |
| Stacey L. Wahoski | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | |
| Movant(s) | : | Related to Document 73 |
| | : | |
| vs. | : | Hearing Date: 2/23/23 |
| | : | at 1:30 p.m. |
| Richard B. Wahoski, Sr., Stacey L. Wahoski, Kristen Beard and Richard Beard | : | |
| Respondent(s) | : | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR ORDER OF COURT CONFIRMING DISTRIBUTION OF SALE PROCEEDS

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on January 18, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than February 7, 2023.

2/8/2023

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com