IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Richard B. Wahoski, Sr.<br>Stacey L. Wahoski<br>      Debtor(s) | : <br>: <br>: <br>: <br>: | Case No. 21-20078-CMB<br><br>Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee<br>      Movant(s) | : <br>: <br>: <br>: | Related to:  Document Nos. 64 and 73 |
| vs. | : <br>: <br>: | **ENTERED BY DEFAULT** |
| Richard B. Wahoski, Sr., Stacey L. Wahoski, Kristen Beard and Richard Beard<br>      Respondent(s) | : <br>: <br>: <br>: | |

**ORDER OF COURT**

AND NOW, this 9th day of February, 2023, upon consideration of the foregoing MOTION FOR ORDER OF COURT CONFIRMING DISTRIBUTION OF SALE PROCEEDS, and responses thereto, if any, it is hereby ORDERED that the Trustee shall distribute the net sale proceeds in the amount of $18,849.08 in accordance with the Sale Order at Doc 64, which provides for the prepetition unsecured creditors (priority and general unsecured) to be paid in full with any remaining amount to be utilized as general plan funding.

_Carlota M. Böhm_    glb
Carlota M. Böhm
United States Bankruptcy Judge

FILED
2/9/23 9:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20078-CMB |
| Richard B. Wahoski, Sr. | Chapter 13 |
| Stacey L. Wahoski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard B. Wahoski, Sr., Stacey L. Wahoski, 751 Forbes Trail Rd., Greensburg, PA 15601-6547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Jeffrey Peter Brahan | on behalf of Plaintiff Plaintiffs jpb@galantertomosovich.com |
| Jeffrey Peter Brahan | on behalf of Plaintiff Kristen Beard jpb@galantertomosovich.com |
| Jeffrey Peter Brahan | on behalf of Plaintiff Richard Beard jpb@galantertomosovich.com |
| Julie Frazee Steidl | on behalf of Defendant Stacey L. Wahoski julie.steidl@steidl-steinberg.com leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 09, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Kenneth Steidl
    on behalf of Joint Debtor Stacey L. Wahoski julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Richard B. Wahoski  Sr. julie.steidl@steidl-steinberg.com,
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
    on behalf of Defendant Stacey L. Wahoski julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING mmiksich@kmllawgroup.com

Marisa Myers Cohen
    on behalf of Creditor Ally Bank ecfmail@mwc-law.com  mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 13